In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-17-00049-CV
_____

KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant

V.

KERRY L. THOMAS, Appellee

On Appeal from the 172nd District Court
Jefferson County, Texas
Trial Cause No. E-197,566

**MEMORANDUM OPINION**

The appellant, Kansas City Southern Railway Company, filed a motion to dismiss this accelerated appeal because the claims against the appellant have been non-suited. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on March 1, 2017
Opinion Delivered March 2, 2017

Before Kreger, Horton, and Johnson, JJ.